UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD SCOTT MEAD,<br><br>             Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and DOES I -XX<br><br>             Defendants. | Case No.: 3:24-cv-00113-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, RICHARD SCOTT MEAD and Defendant, WASHOE COUNTY SCHOOL DISTRICT, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure and LR 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, hereby stipulate that the above-entitled matter be

///

///

///

///

///

///

///

dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: April 10, 2025.                                           Dated: April 10, 2025.


 /s/Joey S. Gilbert                                                /s/Kevin A. Pick
JOEY S. GILBERT, ESQ.                                KEVIN A. PICK, ESQ.
Nevada State Bar No.: 9033                           6005 Plumas Street, Third Floor
405 Marsh Ave.                                       Reno, Nevada 89519
Reno, Nevada 89509                                   (775) 786-6868
(775) 376-7070                                       *Attorney for Defendant*
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: April 11, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2